# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

LINDA SHAFFER,

Appellant,

v.

U.S. BANK NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLEY
AS TRUSTEE OF THE BANKUNITED TRUST 2005-1,

Appellee.

No. 2D2025-1304
_____

March 13, 2026

Appeal from the Circuit Court for Manatee County; Edward Nicholas, Judge.

Linda Shaffer, pro se.

Dariel Abrahamy of Greenspoon Marder LLP, Boca Raton, for Appellee.

PER CURIAM.

Affirmed.

KELLY, VILLANTI, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.